Argued and submitted May 24, reversed and remanded for new trial July 3, 1991

# STATE OF OREGON,
*Respondent,*

*v.*

# GRADY LEE RICE,
*Appellant.*

(C9003-31324; CA A65608)

811 P2d 1392

Ingrid A. MacFarlane, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Defendant seeks reversal of his conviction, after trial to the court, for possession of a controlled substance. ORS 475.992. The state concedes that the record does not show that defendant executed a written waiver of his right to jury trial, Or Const, Art I, § 11; *State v. Valencia,* 99 Or App 589, 783 P2d 51 (1989), so defendant's conviction must be reversed.

Reversed and remanded for a new trial.